**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TIFFANY LEWIS,

                      Plaintiff,                    23 **CIVIL** 540 (JLC)

       -v-                                  **<u>JUDGMENT</u>**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                     Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 26, 2023, that the final decision of the Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. The parties further agree that on remand, Plaintiff will be offered an opportunity for a new hearing.

**Dated:**  New York, New York
           July 26, 2023

                                                             **RUBY J. KRAJICK**

                                                              **Clerk of Court**

                         **BY:**                *K. Mango*

                                                              **Deputy Clerk**